O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM D. FEAGIN, | ) | CASE NO. ED CV 12-00806 JFW (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| COUNSELOR MELENDEZ, | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: January 24, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE