O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM D. FEAGIN, | ) | CASE NO. ED CV 12-00806 JFW (RZ) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| COUNSELOR MELENDEZ, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: January 24, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE